[No. 60139-3-I.   Division One.   April 21, 2008.]

FERID MAŠIĆ, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-17514-0, Laura C. Inveen, J., entered May 14, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60147-4-I.   Division One.   April 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LORENZO MAURICE DAVIS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-11784-9, Michael J. Fox, J., entered May 18, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60221-7-I.   Division One.   April 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM ROBERT CRABTREE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-1-01208-3, Ira Uhrig, J., entered June 14, 2007. *Reversed* by unpublished per curiam opinion.

[No. 60242-0-I.   Division One.   April 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LUTHER JAMES ODUM, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-01940-1, Cheryl B. Carey, J., entered June 4, 2007. *Dismissed* by unpublished per curiam opinion.

[No. 60339-6-I.   Division One.   April 21, 2008.]

WESTERN PETERBILT, INC., *Respondent*, v. BENITO LOZANO, JR., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-08587-6, Sharon S. Armstrong, J., entered June 22, 2007. *Affirmed* by unpublished per curiam opinion.